STATE OF OREGON )
)  ss:
County of Multnomah )

3:26-mj-00162

AFFIDAVIT OF BRETT S. HAWKINSON

## Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, Brett S. Hawkinson, being duly sworn, do hereby depose and state as follows:

## Introduction and Agent Background

1. I am a police officer with the Portland Police Bureau and have been since November 2001. I was promoted to the rank of Detective in August 2007. As part of my duties, I am also designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) bank robbery task force and have been designated as such since March 31, 2010. My training and experience includes over 24 years as a Portland Police officer, and three years of employment with the City of Lynnwood, Washington, Police Department.

2. I submit this affidavit in support of a criminal complaint and arrest warrant charging BOLDRAGON PLEXICO with Bank Robbery in violation of 18 U.S.C. § 2113(a). As set forth below, I have probable cause to believe that PLEXICO committed that crime.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

**Affidavit of Brett S. Hawkinson**                                                      **Page 1**

**Applicable Law**

4.     **18 U.S.C. § 2113(a) Bank Robbery** prohibits a person from using force, violence or intimidation to knowingly and unlawfully take or attempt to take currency or any other thing of value from the person or presence of employees of a bank or credit union whose deposits insured by the Federal Deposit Insurance Corporation (FDIC) or National Credit Union Association (NCUA).

**Statement of Probable Cause**

5.     On Wednesday, June 17, 2026, at approximately 2:09 p.m., a robbery occurred at the Trailhead Credit Union branch located at 221 NW 2nd Ave, in Portland, Multnomah County, Oregon.  The money deposited at this credit union is insured by the NCUA.

6.     The victim teller one reported to Portland Police Officer Dillon Blinn that a subject, unknown to her and hereafter referred to as "the robber" entered the branch and approached the victim teller.  The robber declared something similar to "alright listen up this is a robbery, everything 20s and up" followed by "do this so no one gets hurt."  Victim teller 1, who Officer Blinn reported was visibly shaking while she reported what happened, responded by giving the robber approximately two thousand four hundred ten dollars ($2,410) in US currency, and a GPS tracker.  The robber then approached victim teller 2, who was crying as she reported her interaction to Officer Blinn.  Victim teller 2 reported that when the robber made the demand, she froze, her whole body started to shake, and that she was scared.  Subsequently, when the robber approached her, victim teller 2 estimated that she gave the robber approximately seven hundred eighty dollars ($1,780) in US currency.  The robber then fled the bank.

**Affidavit of Brett S. Hawkinson**                                                                 **Page 2**

7.      Victim teller 1 described the robber as wearing a backwards hat, with a white bandana over his face and green and black backpack.

8.      A witness teller, witness teller 1, was helping another customer at the teller station next to victim teller 1 and victim teller 2 when he overheard the robber say something like "Listen up guys. This is a bank robbery. No one needs to get hurt.  Hand me the money." Witness teller 1 reported that the robber seemed to get anxious while the victim tellers were handing over the money, and overheard the robber also say, "Come on guys, make this happen." Witness teller 1 estimated the robber as being about 40 years old, between 5-9 and 6-0 tall, with medium build.

9.      Multiple Portland Police officers responded to the area looking for the suspect. The Bureau of Emergency Communication (BOEC) reported that the alarm company was called and provided GPS tracker location updates.



*Above: Images of the bank robber from Trailhead Credit Union robbery on June 17, 2026*

10.    I received images of the bank robber from Jessica Rutherford, Vice President of Member Services with Trailhead Credit Union. I noted that the robber was wearing a gray bandana with skulls over his head and black gloves with white writing on them. Ms. Rutherford advised me the total loss amount post-audit was approximately four thousand, one hundred and eighty ($4180) dollars, which is ten dollars less than the original estimated count. Officer Blinn had also reviewed the image while on-scene at the credit union and provided an update that the robber was wearing gray, white and black Nike shoes. As I reviewed the images, I overheard Officer Blinn advise he had distributed the image to Central Precinct officers.

11.    At about 2:47 pm, BOEC received information from the alarm company that the GPS tracker was in the area of 1699 SE Water Avenue. Portland Police Officer Maxwell Stewart was in the area, and at about 2:48 pm, observed a subject who was all alone with no other people around walking in a parking lot just north of OMSI, and just south of the Hawthorne Bridge. Officer Stewart observed the subject had a green backpack that was a match as to the green backpack worn by the robber, and was in the area where the GPS tracker was purported to be. Officer Stewart contacted the subject, BOLDRAGON PLEXICO, a white male born in 1984 (approximately 41 years old). Officer Stewart observed and saw a pocketknife on PLEXICO'S person, so ordered PLEXICO to place his hands on his head. PLEXICO shrugged the green backpack off of his shoulders, and complied. Officer Stewart was joined by Portland Police Officers Katherine Caramucci and Emma Pearce. Officer Blinn sent a picture of the suspect directly to Officer Caramucci and Officer Stewart, who observed the shoes worn by PLEXICO were an match as to the shoes worn by the robber. PLEXICO was arrested, and I arrived at the scene of the arrest.

**Affidavit of Brett S. Hawkinson**                                    **Page 4**

12.     Officer Stewart and Officer Pearce performed a search incident to arrest of PLEXICO. Pursuant to that search, inside of the green backpack, the officers located a gray bandana with white skulls (which appeared similar to the bandana worn by the robber over the robber's head), the GPS tracker, and approximately four thousand one hundred and forty five dollars ($4,145) in US currency, and black gloves with white writing on them, and a black foil lined shopping bag.

### Conclusion

13.     Based on the foregoing, I have probable cause to believe BOLDRAGON PLEXICO, a white male with date of birth X/XX/1984, committed bank robbery in violation of 18 U.S.C. § 2113(a).  I therefore request that the Court issue a criminal complaint and arrest warrant charging PLEXICO with that offense.

15.     Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Jessica Keefer.  AUSA Keefer advised me that in her opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/s/ Brett S. Hawkinson by Phone
BRETT S. HAWKINSON
Task Force Officer, FBI

Subscribed and sworn to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 on June 18, 2026, at 10:18 a.m.

*Youlee Yim You*
HONORABLE YOULEE YIM YOU
United States Magistrate Judge

**Affidavit of Brett S. Hawkinson**                                                    **Page 5**